<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7372**

———————————

TROY ATERA BROWN,

                                    Petitioner - Appellant,

        versus

DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS,

                                    Respondent - Appellee.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-00-479-7)

———————————

Submitted:  December 5, 2000          Decided:  March 7, 2001

———————————

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Troy Atera Brown, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Troy Atera Brown appeals the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) without prejudice for failure to comply with a district court order. See Fed. R. Civ. P. 41(b). Because Brown may reinstate his suit by merely providing information requested by the district court, we lack jurisdiction to decide this appeal. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We dismiss the appeal for lack of jurisdiction and deny a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

DISMISSED

2